UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALONZO VASQUEZ, on behalf of himself and all others similarly situated,

Plaintiff,

-against-

MRS BPO, LLC, d/b/a MRS ASSOCIATES

Defendant.

---

Civil Action Number: 16-cv-02877

**STIPULATION OF DISMISSAL**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the plaintiff ALONZO VASQUEZ, and defendant MRS BRPO, LLC, d/b/a MRS ASSOCIATES, that the above-entitled action is hereby dismissed with prejudice, and without attorney's fees and costs against any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. The class claims are dismissed without prejudice.

Dated: New York, New York
June 3, 2016

Sirotkin Varacalli & Hamra, LLP.
*Attorneys for Plaintiff*

By: /s/*Abraham Hamra*
    Abraham Hamra

110 East 59th Street, Suite 3200
New York, New York 10022 Tel:
(646) 590-0571

SESSIONS FISHMAN NATAHN
& ISRAEL, LLC
*Attorneys for Defendant*

By: /s/*Michael D. Slodov.*
    Michael D. Slodov

15 East Summit Street,
Chagrin Falls, Ohio 44022
(440) 318-1073

SO ORDERED:

_____ 6/7/16
HON. William H. Pauley, III
UNITED STATES DISTRICT JUDGE